## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| K.MIZRA LLC,<br><br>          Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>          Defendant. | Case No. 2:21-cv-00226-JRG |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant HP Inc. ("HP") (the "Parties"), hereby notify the Court that they have reached an agreement in principle that will resolve all matters in controversy in the above captioned action between the Parties and have agreed to a binding term sheet outlining the settlement. Therefore, the Parties respectfully request that all deadlines between them in the above-captioned litigation be stayed for thirty (30) days, up to and including October 7, 2021, to give the Parties adequate time to file appropriate dismissal papers upon execution of the long-form settlement agreement. There is good cause to stay all deadlines in view of the Parties' term sheet settling this matter. The Parties request this stay, not for the purposes of any delay, but so that they may finalize the long-form settlement agreement and file dismissal papers without incurring additional expenses. A proposed Order is attached.

Dated:  September 7, 2021                    Respectfully submitted,

By: s/ Matthew C. Holohan                    By:    s/ Melissa Smith
Michael C. Smith                             Melissa Smith
State Bar No. 18650410                       State Bar No. 24001351
Michael.Smith@solidcounsel.com               GILLAM & SMITH LLP
Scheef & Stone, LLP                          303 S. Washington Avenue
113 East Austin Street                       Marshall, Texas 75702
Marshall, Texas  75670                       Telephone: (903) 934-8450
Telephone: 903-938-8900                      melissa@gillamsmithlaw.com

Robert R. Brunelli                           Counsel for Defendant HP Inc.
CO State Bar No. 20070
        rbrunelli@sheridanross.com
Patricia Y. Ho
CO State Bar No. 38013
        pho@sheridanross.com
Matthew C. Holohan
CO State Bar No. 40996
        mholohan@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile: (303) 863-0223
litigation@sheridanross.com

Counsel for Plaintiff K.Mizra LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on September 7, 2021.

 s/ Lori R. Brown
Paralegal
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone:        303-863-9700
Facsimile:        303-863-0223
litigation@sheridanross.com
